```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

CONTINENTAL EXPEDITED SERVICES, )
INC.,                           )
                                )
    Plaintiff,                  )
                                )
         v.                     )   NO. 3:10-0885
                                )   Judge Haynes/Bryant
PROGRESSIVE HAWAII INSURANCE    )
CORP., et al.,                  )
                                )
    Defendants.                 )

## O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 5).

An initial case management conference is set for **Monday, December 6, 2010,** at **11:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to December 6, 2010.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge